No. 99–1003.  WEISS *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–1004.  MICHELFELDER *v.* THOMAS JEFFERSON UNIVERSITY ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 99–1005.  AYLWARD *v.* BAMBERG.  C. A. 7th Cir.  Certiorari denied.

No. 99–1006.  NATIONWIDE MUTUAL INSURANCE CO. *v.* BERRYMAN PRODUCTS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 99–1007.  MCDUFFIE, DBA D&M CONTRACTING CO. *v.* CITY OF JACKSONVILLE.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 99–1017.  O'SHELL *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–1018.  PENNSYLVANIA *v.* HUFFMAN.  Sup. Ct. Pa.  Certiorari denied.

No. 99–1020.  PENNSYLVANIA *v.* FLANDERS.  Sup. Ct. Pa.  Certiorari denied.

No. 99–1022.  YOUNG *v.* GENERAL MOTORS CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–1024.  VOIGT, PERSONAL REPRESENTATIVE OF THE ESTATE OF VOIGT, DECEASED, ET AL. *v.* UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–1026.  BANKS ET AL. *v.* NEW YORK LIFE INSURANCE CO.  Sup. Ct. La.  Certiorari denied.

No. 99–1027.  B. A. T. INDUSTRIES *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (NORTH COAST TRUST FUND ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–1031.  GOMEZ *v.* DADE COUNTY SCHOOL BOARD.  C. A. 11th Cir.  Certiorari denied.